IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTEZ OLIVER,
ADC #153539                                                              PLAINTIFF

V.                      CASE NO. 5:18-CV-238-BRW-BD

JAMES GIBSON                                                             DEFENDANT

### **ORDER**

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Defendant Gibson's motion to dismiss (Doc. No. 12) is DENIED.

IT IS SO ORDERED this 27th day of March, 2019.


                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE