# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ARTEZ OLIVER,**
**ADC #153539**                                                                                                            **PLAINTIFF**

**V.**                      **CASE NO. 5:18-CV-238-BRW-BD**

**JAMES GIBSON**                                                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

       This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. Any party may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, all objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

       If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive the right to appeal questions of fact.

**II.**      **Discussion:**

       Artez Oliver, formerly an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On April 5, 2019, Mr. Oliver was given thirty days to notify the Court of his current address, after mail sent to him from the Court was returned as undeliverable. (#22) The Court specifically cautioned Mr. Oliver that his claims could be dismissed if he failed to comply with the Order. To date, Mr. Oliver has failed to comply with the Court's Order, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Oliver's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 5, 2019 Order and his failure to prosecute this lawsuit.

DATED this 6th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE