IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTEZ OLIVER,
ADC #153539                                                                                             PLAINTIFF

V.                                               5:18-CV-238-BRW-BD

JAMES GIBSON                                                                      DEFENDANT

### **ORDER**

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Oliver's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 5, 2019 Order.

IT IS SO ORDERED, this 30th day of May, 2019.

                                                                      _Billy Roy Wilson_____
                                                                       UNITED STATES DISTRICT JUDGE