IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTEZ OLIVER,
ADC #153539  PLAINTIFF

V.  5:18-CV-238-BRW-BD

JAMES GIBSON  DEFENDANT

## JUDGMENT

Based on the order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 30th day of May, 2019.

                                      Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE